ACCEPTED
141500578
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 1:43:30 PM
CHRISTOPHER PRINE
CLERK

## NUMBER 14-15-00578-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 1:43:30 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS
# FOR THE FOURTEENTH DISTRICT OF TEXAS AT HOUSTON

## In re MICHELIN N. AM., INC., Relator

Original Proceeding from the 152nd Judicial District Court of Harris County, Texas, Honorable Robert Schaffer; Trial Court Cause No. 2014-57952

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 1:43:30 PM
CHRISTOPHER A. PRINE
Clerk

## RESPONSE TO PETITION FOR WRIT OF MANDAMUS

THE LEWIS LAW FIRM
J. Craig Lewis
State Bar No. 12283500
2905 Sackett Street.
Houston, Texas 77098
Telephone:   713.238.7715
Facsimile: 713.238.7888
jenniferb@LLF7.com

**Attorneys for Shannon Plum, a/n/f
of Matthew Plum, a Minor,
Real Parties in Interest**

TO THE HONORABLE COURT OF APPEALS FOR THE FOURTEENTH DISTRICT OF TEXAS AT HOUSTON:

Comes now, SHANNON PLUM, as Next Friend of Matthew Plum, a Minor, Intervenor/Plaintiff, in this cause, and in lieu of filing a separate Response to the Petition for Writ of Mandamus, would respectfully represent to this Honorable Appellate Court that he adopts and incorporates the Response to Petition for Writ of Mandamus which has been filed in this Court by Attorneys for Robert Coleman, et al, Real Parties in Interest.

Respectfully submitted,

**THE LEWIS LAW FIRM**

BY: */s/ J. Craig Lewis*
J. Craig Lewis
State Bar No. 12283500
2905 Sackett Street.
Houston, Texas 77098
Telephone:   713.238.7715
Facsimile: 713.238.7888
jenniferb@LLF7.com

ATTORNEYS FOR SHANNON PLUM, A/N/F OF MATTHEW PLUM, A MINOR

## CERTIFICATE OF COMPLIANCE

I certify that the sections of the Response to Petition for Writ of Mandamus subject to the word limit contain 69 words, in addition to the Response filed by John Gsanger of The Edwards Law Firm, attorneys for Robert Coleman, et al, Real Parties in Interest, which contained 11,872 words, according to the word count of the computer program used to prepare the document.

BY: */s/* J. Craig Lewis
J. Craig Lewis
State Bar No. 12283500

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing Response to Petition for Writ of Mandamus was served upon the Respondent and all attorneys of record for all parties to the above cause on this the 24th day of July, 2015.

BY: */s/* J. Craig Lewis
J. Craig Lewis
State Bar No. 12283500

**Via Facsimile: (512) 472-0721**
Thomas M. Bullion III
Chris A. Blackerby
GERMER BEAMAN & BROWN, LLP
301 Congress Avenue, Suite 1700
Austin, Texas 78701
Email: tbullion@germer-austin.com; cblackerby@germer-austin.com

**Via Facsimile: (864) 232-2925**
Giles M. Schanen, Jr.
NELSON MULLINS RILEY & SCARBOROUGH, LLP
104 South Main Street, 9th Floor
Greenville, SC 29601
Email: giles.schanen@nelsonmullins.com

**Via Facsimile: (512) 482-5028**
Debora B. Alsup
THOMPSON & KNIGHT LLP
98 San Jacinto Blvd., Suite 1900
Austin, TX 78701-4238
Email: debora.alsup@tklaw.com

**Via Facsimile: (713) 523.4159**
Robert E. Ammons
Bennett A. Midlo
THE AMMONS LAW FIRM, LLP
3700 Montrose Boulevard
Houston, TX 77006
Email: rob@ammonslaw.com; bennett@ammonslaw.com

**Via Facsimile: (361) 698-7614**
John Gsanger
Scott Marshall
THE EDWARDS LAW FIRM
802 N. Carancahua St., Suite 1400
Corpus Christi, TX 78401
Email: jgsanger@edwardsfirm.com; smarshall@edwardsfirm.com

**Via U.S. Mail**:
The Honorable Robert Schaffer
Judge, 152nd Judicial District Court
Harris County Civil Courthouse
Houston, TX 77002